IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **WALTER GREGORY DAVIS,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**BEST WAY EXPRESS, INC., NATIONAL INTERSTATE INSURANCE COMPANY, AND CHAD E. MOREHEAD,**<br><br>    **Defendants.** | **CIVIL ACTION FILE NO.**<br>_____<br><br><br>**REMOVED FROM STATE COURT OF GWINNETT COUNTY**<br>**20-C-09139-S1** |

## DEFENDANT BEST WAY EXPRESS, INC.'S NOTICE OF REMOVAL

TO: The Honorable Judges of the United States District Court for the Northern District of Georgia, Atlanta Division:

COMES NOW, **BEST WAY EXPRESS, INC.** (hereinafter "Defendant"), and files the following Notice of Removal to United States District Court, showing the Court as follows:

1.   Plaintiff WALTER GREGORY DAVIS (hereinafter "Plaintiff"), a Georgia resident and citizen, filed this action in the State Court of Gwinnett County, on December 21, 2020 against BEST WAY EXPRESS, INC., NATIONAL INTERSTATE INSURANCE COMPANY, AND CHAD E. MOREHEAD. That

action is designated there as Civil Action File No.: 20-C-09139-S1. A true and correct copy of the Complaint is included in the State Court file attached as Ex. A.

2.     Plaintiff's Complaint, *inter alia,* alleges that Defendants are liable to the Plaintiff for negligently causing Plaintiff's injuries that were sustained from an accident which occurred on July 9, 2019. (See Ex. A, ¶ 1).

3.      Plaintiff Walter Gregory Davis is a Georgia resident and, thus, a citizen of Georgia. (See Ex. B, p. 3). Plaintiff is a registered voter in the State of Georgia with residence at 37 Stonehaven Drive, Newton, GA 30265 in Newton County. (See Ex. C). If a person is domiciled in [Michigan], he was a citizen of that state within the meaning of the Judicial Code. *Gilbert v. David*, 235 U.S. 561, 569 (1915).

4.     Defendant Best Way Express, Inc. is now and was at the commencement of Civil Action File No.: 20-C-09139-S1 and at all times since has been a foreign company organized and existing under the laws of the State of Indiana with its principal place of business in Indiana. (See Indiana Secretary of State Records as Ex. D).

5.      Defendant Chad Morehead was at the commencement of Civil Action File No.: 20-C-091391-S1, and at all times since has been a citizen of the State of North Carolina. (See Ex. "A", ¶ 5; Ex. B, p, 1). If a person is domiciled in [Michigan], he

was a citizen of that state within the meaning of the Judicial Code. *Gilbert v. David*, 235 U.S. 561, 569 (1915).

6. Defendant National Interstate Insurance Company is now and was at the commencement of Civil Action File No.: 20-C-09139-S1, and at all times since has been a foreign company organized and existing under the laws of the State of Ohio with its principal place of business in Ohio. (See Georgia Secretary of State Records as Ex. E).

7. The action described above is a civil action with a claim of which this Court has original jurisdiction, and it is one that may be removed to this Court by the Defendants pursuant to the provisions of 28 USC §§ 1332 and 1441 et seq., in that there is complete diversity among Plaintiff and the identified, named Defendants, the Parties were not residents of the same State at the time of filing of the Complaint, and the amount in controversy exceeds $75,000 exclusive of interest and costs.

8. Defendant files herewith a copy of all process, pleadings, and orders received by Defendant in Civil Action File No.: 20-C-09139-S1, pursuant to 28 USC §1446, including a copy of the Summons and Complaint in State Court of Gwinnett County, State of Georgia, marked as Ex. A.

9. Defendant attaches hereto a copy of Defendant's Notice of Removal which has been sent for filing in the Superior Court of Walker County, State of Georgia, marked as Ex. F.

10. Defendant attaches hereto a copy of Defendant's Brief in Support of Notice of Removal, marked as Ex. G.

Respectfully submitted this 19th day of January, 2021.

**HALL BOOTH SMITH, P.C.**

*/s/ Sandro Stojanovic*
SCOTT H. MOULTON
Georgia State Bar No. 974237
SANDRO STOJANOVIC
Georgia State Bar No. 473114
*Counsel for Defendants*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000
F:  404.954.5020
smoulton@hallboothsmith.com
sstojanovic@hallboothsmith.com

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **WALTER GREGORY DAVIS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BEST WAY EXPRESS, INC., NATIONAL INTERSTATE INSURANCE COMPANY, AND CHAD E. MOREHEAD,**<br><br>**Defendants.** | **CIVIL ACTION FILE NO.**<br>_____<br><br>REMOVED FROM STATE COURT OF GWINNETT COUNTY<br>20-C-09139-S1 |

## CERTIFICATE OF COMPLIANCE

The foregoing ***DEFENDANT BEST WAY EXPRESS, INC.'S NOTICE OF REMOVAL*** and request for trial date is double spaced in 14 point Times New Roman font and complies with the type-volume limitation set forth in Local Rule 7.1.

Respectfully submitted this 19th day of January, 2021.

                                                        **HALL BOOTH SMITH, P.C.**

                                                        */s/ Sandro Stojanovic*
                                                        SCOTT H. MOULTON
                                                        Georgia State Bar No. 974237
                                                        SANDRO STOJANOVIC
                                                        Georgia State Bar No. 473114
                                                        *Counsel for Defendants*

191 Peachtree Street NE, Suite 2900

Atlanta, GA  30303-1775
T:  404.954.5000
F:  404.954.5020
smoulton@hallboothsmith.com
sstojanovic@hallboothsmith.com

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **WALTER GREGORY DAVIS,**<br><br>  Plaintiff,<br><br>v.<br><br>**BEST WAY EXPRESS, INC., NATIONAL INTERSTATE INSURANCE COMPANY, AND CHAD E. MOREHEAD,**<br><br>  Defendants. | **CIVIL ACTION FILE NO.**<br>_____<br><br>**REMOVED FROM STATE COURT OF GWINNETT COUNTY**<br>**20-C-09139-S1** |

### CERTIFICATE OF SERVICE

I hereby certify that on this day I have served a copy of the within and foregoing **DEFENDANT BEST WAY EXPRESS, INC.'S NOTICE OF REMOVAL** upon all parties to this matter by depositing same in the U.S. Mail and/or via e-file and serve as required by law:

J. L. King, II
The King Firm
1603 N. U.S. Hwy 41
P.O. Box 746
Tifton, GA 31794
JL@KingTrialLaw.com

This 19th day of January, 2021.

          **HALL BOOTH SMITH, P.C.**

          */s/ Sandro Stojanovic*
          SCOTT H. MOULTON
          Georgia State Bar No. 974237
          SANDRO STOJANOVIC
          Georgia State Bar No. 473114
          *Counsel for Defendants*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000
F:  404.954.5020
smoulton@hallboothsmith.com
sstojanovic@hallboothsmith.com